IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:13-cv-00267-F

| | |
|---|---|
| MEGAN R. POWELL and TIMOTHY B. POWELL, ) ) ) Plaintiffs, ) ) ) ) v. ) ) RAMESH B. KAMIREDDY and ) VERISIGN, INC., ) ) Defendants ) | **ORDER** |

The parties have informed the court they have reached a settlement in this matter. Accordingly, this action is DISMISSED without prejudice to either party to reopen should settlement not be consummated on or before March 11, 2015. Unless the case is reopened, counsel are DIRECTED to file their Joint Stipulation of Dismissal on or before that date. The Clerk of Court is DIRECTED to remove this matter from the court's trial calendar.

SO ORDERED. This the _18_ day of February, 2015.

_James C. Fox_
James C. Fox
Senior United States District Judge